

FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0658

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0658

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

COLTER HELTON HENRY,

    Defendant and Appellant.

FILED

DEC 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Colter Helton Henry has filed a verified Petition for an Out-of-Time Appeal, indicating that he failed to file the Notice of Appeal because he has not received any communication from his counsel after his sentencing. Henry includes a copy of the sentencing judgment. He also moves for appointment of counsel.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

In open court on September 29, 2022, the Twenty-First Judicial District Court, Ravalli County, sentenced Henry for convictions of felony burglary and misdemeanor criminal mischief. For the felony, the court deferred imposition of sentence for six years, conditioned upon Henry's completion of NEXUS or another appropriate inpatient drug treatment program. This Court observes that the District Court issued its Judgment and Commitment on October 24, 2022. Henry's appeal is timely because the sixty-day time frame runs from the filed date of the written order. M. R. App. P. 4(5)(b)(i).

Henry indicates that he is without counsel. Henry may be entitled to representation of counsel. Section 46-8-104, MCA.

IT IS THEREFORE ORDERED that Henry's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Henry's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When Henry qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division; counsel of record; and Colter Helton Henry personally.

DATED this _____ day of December, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2